IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

GAYLON RICHARD COX                                                                      PLAINTIFF

CASE NO. 4:09-CV-00491 GTE-JTR

BLAKE R. DAVIS                                                                           DEFENDANT

## ORDER

Petitioner, who is currently incarcerated at the Federal Correctional Complex located in Coleman, Florida, has filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (docket entry #1), and has paid the $5.00 filing fee. (Docket entry #15). The Court will therefore order service of the Petition.

IT IS THEREFORE ORDERED THAT:

1. The Clerk of the Court shall serve a copy of the habeas Petition (docket entry #1) and this Order on Respondent and the United States Attorney by mail.

2. Respondent shall file a responsive pleading **within twenty-one (21) days** of service.

Dated this 8th day of June, 2010.

_____
UNITED STATES MAGISTRATE JUDGE